**Order filed, March 16, 2020.**



In The

# Fourteenth Court of Appeals

———————

## NO. 14-20-00102-CV

———————

**MOHAMMAD MAHMOOD, Appellant**

**V.**

**INAMUR RAHMAN AND SABIHA RAHMAN, Appellee**

---

**On Appeal from the County Court at Law No 1**
**Williamson County, Texas**
**Trial Court Cause No. 16-0124-CPSC1**

---

## ORDER

The reporter's record in this case was originally due January 21, 2020. *See* Tex. R. App. P. 35.1. On February 7, 2020, this court ordered the court reporter to file the record within fifteen days. The record has not been filed with the court. Because the reporter's record has not been filed timely, we issue the following order.

We order Thomas McMinn, the court reporter, to file the record in this appeal **within 30 days** of the date of this order. **No further extension will be entertained absent exceptional circumstances**. The trial and appellate courts are jointly responsible for ensuring that the appellate record is timely filed. *See* Tex. R. App. P. 35.3(c). If Thomas McMinn does not timely file the record as ordered, we may issue an order directing the trial court to conduct a hearing to determine the reason for the failure to file the record.


PER CURIAM


Panel Consists of Justices Bourliot, Hassan and Poissant.